PROB 35
(Rev. 6/17)

**Report and Order Terminating Probation/Supervised Release
Prior to Original Expiration Date**

FILED
U.S. DISTRICT COURT
AUGUSTA DIV.

UNITED STATES DISTRICT COURT
FOR THE
SOUTHERN DISTRICT OF GEORGIA
AUGUSTA DIVISION

20 MAR 12 PM 3:07

CLERK _____
SO. DIST. OF GA.

UNITED STATES OF AMERICA

v.                          Crim. No.  1:06CR00028-1

Alonzo Blake

On August 1, 2016, the above named was placed on supervised release for a period of five years. He has complied with the rules and regulations of supervised release and is no longer in need of supervision. It is accordingly recommended that he be discharged from supervision.

Respectfully submitted,

_____
Lori H. Mitchell
United States Probation Officer

**ORDER OF THE COURT**

Pursuant to the above report, it is ordered that the defendant is discharged from supervision and that the proceedings in the case be terminated.

Dated this 12th day of March, 2020.

_____
Dudley H. Bowen, Jr.
United States District Judge